IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY NEAMAND,** *individually and as parent and natural guardian of M.N., a minor,*<br><br>Plaintiffs,<br><br>v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 22-1370-KSM |

## ORDER

**AND NOW** this 1st day of December, 2022, upon consideration of Plaintiffs' Petition for Leave to Compromise Minor's Action (Doc. No. 20) and their Supplement (Doc. No. 21), and following a hearing, it is **ORDERED** that that the proposed settlement in the total of $42,500 is **APPROVED**.  It is further **ORDERED** that the following distribution should be made:

1. Stark & Stark shall receive $10,625.00 in attorneys' fees and $1,071.80 in reimbursement costs.

2. M.N., a minor, shall receive $30,803.20.  The sum shall be deposited in the name of the minor only in a federally insured savings account, certificate of deposit or credit union account or account investing only in the securities guaranteed by the United States government or a federal governmental agency managed by responsible institutions.  The account shall be marked "Not to be withdrawn until the minor reaches the age of eighteen (18) years, except for the payment of local, state and federal income taxes on earnings of the certificate or account or upon further Order of the Court."  Proof of deposit of the minors' funds shall be supplied to the Court.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.